UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH OSINOFF, | |
| Plaintiff, | 22 CV 2017-KMK-JCM |
| – against – | |
| NUVANCE HEALTH, ET AL | MOTION TO WITHDRAW |
| Defendants. | |

      Pursuant to Local Civil Rule 1.4, I, Anthony P. Consiglio, respectfully request leave to withdraw as counsel for the Plaintiff in this action. My association with Goddard Law PLLC, attorneys for Plaintiff, will end on June 30, 2023. Goddard Law PLLC, by its attorney Megan Goddard, will continue to represent the Plaintiff in this action. I am not asserting a retaining or charging lien in this case.

Dated: June 30, 2023
New York, New York

GODDARD LAW PLLC

By: _____
Anthony P. Consiglio
39 Broadway, Suite 1540
New York, NY 10006
(646) 964-1178
anthony@goddardlawnyc.com
*Attorneys for Plaintiff*

(PROPOSED) ORDER

The Clerk of the Court is hereby directed to terminate the representation of attorney Anthony P. Consiglio in this action and to terminate this letter motion.

_____, U.S.M.J.
Date: 7/5/23