**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEBORAH OSINOFF,

                Plaintiff,

-against-                           22 **CIVIL** 2017 (KMK)

## JUDGMENT

NUVANCE HEALTH d/b/a SHARON HOSPITAL,
and TAMMY CORDOVANO,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2024, Defendants' Motion for Summary Judgment is granted. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

    March 5, 2024

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                    **BY:**          K. Mango

                                                        **Deputy Clerk**